JEFFREY GRONICH, ATTORNEY AT LAW, P.C.
Jeffrey Gronich, Esq. (#13136)
1810 E. Sahara Ave.
Suite 109
Las Vegas, Nevada 89104
Tel: (702) 430-6896
Fax: (702) 369-1290
jgronich@gronichlaw.com
*Attorneys for Plaintiff Kerri Anisko*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KERRI ANISKO an individual;<br><br>Plaintiff,<br><br>vs.<br><br>ELDORADO DEVELOPMENT CORP. a/k/a ELDORADO RESORTS CORP.; EMPLOYEE(S) / AGENT(S) DOES 1-10; and ROE CORPORATIONS 11-20, inclusive;<br><br>Defendants. | Case No.: 2:16-cv-02020-JAD-GWF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO FILE A RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br>**(First Request)** |

Plaintiff Kerri Anisko ("Plainitff") and Defendant Eldorado Resorts Corporation ("Eldorado"), by and through their respective counsel of record, hereby stipulate and agree to extend the time for Plaintiff to file a Response to Defendant's Motion for Summary Judgment up to and including December 29, 2017. A ten-day extension is reasonable under the circumstances and will allow Plaintiff to prepare an adequate response.

Additionally, the parties also stipulate and agree to extend the time for Defendant to file its Reply Brief up to and including January 22, 2018.

///

///

///

This stipulation and order is sought in good faith and not for the purpose of delay. No prior request for any extension of time has been made regarding this Motion

Dated: December 12, 2017

Respectfully submitted,

By:   /s/ Jeffrey Gronich, Esq.
Jeffrey Gronich, Esq. (#13136)
Jeffrey Gronich, Attorney at Law, P.C.
1810 E. Sahara Ave,
Suite 109
Las Vegas, NV 89104

*Attorneys for Plaintiff*

Dated: December 12, 2017

Respectfully submitted,

By:   /s/ Brian L. Bradford, Esq.
Anthony L. Martin, Esq. (#8177)
Jill Garcia, Esq. (#7805)
Brian L. Bradford, Esq. (#9518)
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV 89169

*Attorneys for Defendant*

## **ORDER**

IT IS SO ORDERED this 13th day of December, 2017,

_____
UNITED STATES DISTRICT JUDGE