AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

Kerri Anisko,

                    Plaintiff,

V.

Eldorado Development Corp.,
                Defendant.

**JUDGMENT IN A CIVIL CASE
FOR ATTORNEY'S FEES**

Case Number: 2:16-cv-02020-JAD-GWF

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that judgment has been entered. See [63] Order for details.

12/15/2017                          /s/ Debra K. Kempi

Date                                        Clerk

                                                 /s/ M. Reyes

                                                 (By) Deputy Clerk