JEFFREY GRONICH, ATTORNEY AT LAW, P.C.
Jeffrey Gronich, Esq. (#13136)
1810 E. Sahara Ave.
Suite 109
Las Vegas, Nevada 89104
Tel:  (702) 430-6896
Fax:  (702) 369-1290
jgronich@gronichlaw.com
*Attorneys for Plaintiff Kerri Anisko*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KERRI ANISKO an individual;<br><br>Plaintiff,<br><br>vs.<br><br>ELDORADO DEVELOPMENT CORP. a/k/a ELDORADO RESORTS CORP.; EMPLOYEE(S) / AGENT(S) DOES 1-10; and ROE CORPORATIONS 11-20, inclusive;<br><br>Defendants. | Case No.: 2:16-cv-02020-JAD-GWF<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME**<br><br>[ECF No. 65]<br><br>**(Second Request)** |

Plaintiff Kerri Anisko ("Plaintiff") and Defendant Eldorado Resorts Corporation ("Eldorado"), by and through their respective counsel of record, hereby stipulate and agree to extend the time for Plaintiff to file a Response to Defendant's Motion for Summary Judgment up to and including January 12, 2018. Plaintiff's attorney is a solo practitioner and does not have any associate attorneys to assist him. Due to unforeseen issues that have arisen since the last stipulation to extend, Plaintiff's counsel is unable to prepare a proper response to Defendant's Motion by the deadline. A two-week extension is reasonable under the circumstances and will allow Plaintiff to prepare an adequate response.

Additionally, the parties also stipulate and agree to extend the time for Defendant to file its Reply Brief up to and including February 5, 2018.

This stipulation and order is sought in good faith and not for the purpose of delay. This is the second request for an extension of time regarding this Motion.

Dated: December 28, 2017

Respectfully submitted,

By: /s/ Jeffrey Gronich, Esq.
Jeffrey Gronich, Esq. (#13136)
Jeffrey Gronich, Attorney at Law, P.C.
1810 E. Sahara Ave,
Suite 109
Las Vegas, NV 89104

*Attorneys for Plaintiff*

Dated: December 28, 2017

Respectfully submitted,

By: /s/ Brian L. Bradford, Esq.
Anthony L. Martin, Esq. (#8177)
Jill Garcia, Esq. (#7805)
Brian L. Bradford, Esq. (#9518)
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV 89169

*Attorneys for Defendant*

## **ORDER**

IT IS SO ORDERED       December 28      , 2017.

_____
U.S. District Judge Jennifer A. Dorsey