Anthony L. Martin
Nevada Bar No. 8177
anthony.martin@ogletreedeakins.com
Jill Garcia
Nevada Bar No. 7805
jill.garcia@ogletreedeakins.com
Brian L. Bradford
Nevada Bar No. 9518
brian.bradford@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV 89169
Telephone: 702.369.6800
Fax: 702.369.6888

*Attorneys for Defendant Eldorado Resorts Corporation*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| KERRI ANISKO, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>ELDORADO DEVELOPMENT CORP. a/k/a ELDORADO RESORTS CORP.; EMPOYEE(S)/AGENT(S) DOES 1-10; and ROE CORPORATIONS 11-20, inclusive,<br><br>Defendants. | Case No.: 2:16-cv-02020-JAD-GWF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE REPLY TO MOTION FOR SUMMARY JUDGMENT**<br><br>**(FIRST REQUEST)**<br><br>ECF No. 69 |

Defendant Eldorado Resorts Corporation ("Defendant") and Plaintiff Kerri Anisko ("Plaintiff"), by and through undersigned counsel, hereby stipulate and request that the Reply in Support of Motion for Summary Judgment ("Reply") be extended by four days up to and including Friday, February 9, 2018. Defendant's Motion for Summary Judgment was filed on November 27, 2017 (ECF No. 58) and Plaintiff's Response to Defendant's Motion for Summary Judgment was

filed January 13, 2018 (ECF No. 67).  The Reply is currently due February 5, 2018.  The extension is necessary to allow Eldorado sufficient time to finalize exhibits to be submitted in support of the Reply.  This request is submitted pursuant to LR 6-1(c) and LR 6-2 and is the parties' first request.

DATED this 5th day of February, 2018.          DATED this 5th day of February, 2018.

JEFFREY GRONICH, ATTORNEY AT LAW, PC          OGLETREE, DEAKINS, NASH, SMOAK
                                              & STEWART, P.C.

/s/ *Jeffrey S. Gronich*                       /s/ *Brian L. Bradford*
Jeffrey S. Gronich                             Anthony L. Martin
Nevada Bar No. 13136                           Nevada Bar No. 8177
1810 E. Sahara Avenue, Ste. 109                Jill Garcia
Las Vegas, NV  89104                           Nevada Bar No. 7805
*Attorneys for Plaintiff*                      Brian L. Bradford
                                               Nevada Bar No. 9518
                                               Wells Fargo Tower
                                               Suite 1500
                                               3800 Howard Hughes Parkway
                                               Las Vegas, NV  89169
                                               *Attorneys for Defendant Eldorado Resorts Corporation*

**ORDER**

IT IS SO ORDERED.

_____
U.S. District Judge Jennifer A. Dorsey
February 5, 2018

2